UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE CHEN, et al.,

    Plaintiffs,

v.

HILLSDALE COLLEGE,

    Defendant.

_____/

Case No. 1:23-cv-1129

HONORABLE PAUL L. MALONEY

### ORDER OF RECUSAL

I recuse myself under 28 U.S.C. § 455(a) from further participation in this case due to a potential conflict of interest. The Clerk of Court shall reassign this case to another District Judge in accordance with the approved procedure.

**IT IS SO ORDERED**.

Dated: October 26, 2023

   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge