UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GRACE CHEN and DANIELLE VILLARREAL, individually and on behalf and all other similarly situated,

    Plaintiffs,

v.

HILLSDALE COLLEGE,

    Defendant.

_____/

Case No. 1:23-cv-01129

Judge Jane M. Beckering
Mag. Judge Phillip J. Green

## STIPULATED ORDER EXTENDING THE WORD COUNT FOR HILLSDALE COLLEGE'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS UNDER RULE 12(b)(6)

This matter having come before the Court upon stipulation of Plaintiff Chen, Plaintiff Villarreal, and Defendant Hillsdale College, and the Court being otherwise duly advised in the premises:

**IT IS HEREBY ORDERED** that because of the complexity of the issues raised, Defendant Hillsdale College is permitted an additional 7,200 words beyond the 10,800 word allowance under W.D. Mich. L. R. 7.2(b)(i) for its Brief in Support of its Motion to Dismiss under Rule 12(b)(6).

**IT IS HEREBY ORDERED** that Plaintiffs are also permitted an additional 7,200 words beyond the 10,800 word allowance under W.D. Mich. L. R. 7.2(b)(i) for their Response Brief to Defendant's Motion to Dismiss under Rule 12(b)(6).

**IT IS SO ORDERED.**

Dated: _____

                                                          _____
                                                          Hon. Jane M. Beckering
                                                          United States District Court Judge

So Stipulated:

| | |
|---|---|
| */s/ Beth Rivers (w/consent 12/15/23)* | */s/ Carey A. DeWitt* |
| Beth Rivers (P33614) | Carey A. DeWitt (P36718) |
| Pitt McGehee Palmer | Sarah L. Nirenberg (P77560) |
|   Bonnani & Rivers | Butzel Long |
| Attorneys for Plaintiffs | Attorneys for Defendant |

2