UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE CHEN and DANIELLE
VILLARREAL, individually and on
behalf and all others similarly situated,

     Plaintiffs,

                                      Case No. 1:23-cv-1129

v.

                                       HON. JANE M. BECKERING

HILLSDALE COLLEGE,

     Defendant.

_____/

## ORDER

     This matter is before the Court on the parties' proposed stipulated order extending the word count (ECF No. 9).  The Court, having reviewed the filing, finds that the parties failed to comply with W.D. Mich. LCivR 5.7(f), which requires the proposed brief in excess of the word count or page limits to be attached to the motion seeking leave to file.  For this reason, the proposed stipulated order is denied without prejudice.  Accordingly:

     **IT IS HEREBY ORDERED** that the proposed stipulated order extending the word count (ECF No. 9) is DENIED WITHOUT PREJUDICE.

Dated: December 18, 2023                    /s/ Jane M. Beckering_____
                                   JANE M. BECKERING
                                   United States District Judge