UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE CHEN, et al.,

    Plaintiffs,

v.

HILLSDALE COLLEGE,

    Defendant.

_____/

Case No. 1:23-cv-1129

HON. JANE M. BECKERING

## **ORDER**

Pending before the Court is Defendant's Motion to Dismiss (ECF No. 11). Defendant also moved for leave to file a supporting brief with excess pages (ECF Nos. 12, 15) and to strike the class allegations from Plaintiffs' Complaint (ECF No. 16). On January 11, 2024, Plaintiffs filed an Amended Complaint (ECF No. 19). Because the Amended Complaint supersedes Plaintiffs' earlier Complaint, *see In re Refrigerant Compressors Antitrust Litig.*, 731 F.3d 586, 589 (6th Cir. 2013), Defendant's pending motions are moot. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (ECF No. 11), Defendant's Motion for Leave (ECF Nos. 12, 15), and Defendant's Motion to Strike (ECF No. 16) are DISMISSED as moot.

Dated: January 18, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge