IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

GRACE CHEN and DANIELLE
VILLARREAL, individually and on behalf
of all others similarly situated,

    Plaintiffs,

    v.

HILLSDALE COLLEGE,

    Defendant.

Case No. 1:23-cv-1129-JMB-PJG

District Judge: Jane M. Beckering
Magistrate Judge: Phillip J. Green

**DEFENDANT HILLSDALE COLLEGE'S MOTION TO DISMISS
THE AMENDED CLASS ACTION COMPLAINT FOR FAILURE TO STATE
A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

    Defendant Hillsdale College, through its undersigned counsel, hereby moves to dismiss Plaintiffs' Amended Class Action Complaint (PageID.221–269) with prejudice under Federal Rule of Civil Procedure 12(b)(6) on the following grounds: (1) Hillsdale's status as a tax-exempt institution does not alone render Title IX applicable to Hillsdale and, even if Title IX did apply, Plaintiffs fail to state a Title IX claim for Gender Discrimination or Retaliation; (2) Plaintiffs fail to state a claim of negligence; (3) Plaintiffs fail to state a claim for intentional infliction of emotional distress; (4) Plaintiffs fail to state a claim under the Elliott-Larsen Civil Rights Act; and (5) Plaintiffs fail to state a claim under the Michigan Consumer Protection Act.

    WHEREFORE, for these reasons and those stated more fully in the concurrently filed brief, Defendant respectfully requests that this Court grant

1

Defendant's motion to dismiss Plaintiffs' Amended Class Action Complaint in its entirety with prejudice.

| | |
|---|---|
| Dated: February 1, 2024 | Respectfully submitted, |
| | *s/ Ryan J. Walsh* |
| Sarah L. Nirenberg | Ryan J. Walsh |
| Carey A. DeWitt | EIMER STAHL LLP |
| BUTZEL LONG, P.C. | 10 East Doty Street, Suite 621 |
| 201 West Big Beaver Road, Suite 1200 | Madison, WI  53703 |
| Troy, MI 48084 | (608) 620-8346 |
| (248) 258-2919 | (312) 692-1718 (fax) |
| (248) 228-1439 (fax) | rwalsh@eimerstahl.com |
| nirenberg@butzel.com | |
| | Allyson N. Ho (application for admission forthcoming) |
| | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| | Dallas, TX 75201 |
| | (214) 698 3233 |
| | (214) 571-2971 (fax) |
| | aho@gibsondunn.com |
| | |
| | *Counsel for Defendant* |