UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| GRACE CHEN and DANIELLE VILLARREAL, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>HILLSDALE COLLEGE,<br><br>    Defendant. | Case No.  1:23-cv-01129-JMB-PJG&#124;<br><br>District Judge: Jane M. Beckering<br><br>Magistrate Judge: Phillip J. Green |

## OPPOSITION TO HILLSDALE'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Plaintiffs Grace Chen and Danielle Villarreal, individually and on behalf of all others similarly situated, hereby oppose Defendant Hillsdale College's Motion to Dismiss Plaintiffs' Amended Complaint. For the reasons set forth in the accompanying brief, Plaintiffs respectfully request that the Court deny Hillsdale's Motion.

Dated:  April 15, 2024      Respectfully submitted,

                  */s/ Annika K. Martin*

                  Annika K. Martin
                  **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                  250 Hudson Street, 8th Floor
                  New York, NY  10013-1413
                  Telephone:   212.355.9500
                  Facsimile:    212.355.9592
                  akmartin@lchb.com

Michelle A. Lamy
Caitlin M. Nelson
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:   415.956.1000
Facsimile:    415.956.1008
mlamy@lchb.com
cwoods@lchb.com

Beth M. Rivers
Megan A. Bonanni
Channing Robinson-Holmes
**PITT MCGEHEE PALMER BONANNI & RIVERS PC**
117 West Fourth Street, Suite 200
Royal Oak, MI 48067
Telephone:   248.398.9800
Facsimile:    248.268.7996
brivers@pittlawpc.com
mbonanni@pittlawpc.com
crobinson@pittlawpc.com

*Attorneys for Plaintiffs*