UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRACE CHEN, et al.,

    Plaintiffs,

v.

HILLSDALE COLLEGE,

    Defendant.
_____/

Case No. 1:23-cv-1129

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendant and against Plaintiffs.

Dated:  September 13, 2024

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge